(61 Misc. Rep. 441.)
### GUARDIAN TRUST CO. OF NEW YORK v. STRAUS.

(Supreme Court, Special Term, New York County.    December, 1908.)

PARTIES (§ 38*)—BRINGING IN NEW PARTIES—PARTIES PLAINTIFF.

A party cannot by motion be made plaintiff to an action, he and the other plaintiff each appearing by a different attorney and setting up separate claims, but may be made party defendant.

[Ed. Note.—For other cases, see Parties, Cent. Dig. § 57; Dec. Dig. § 38.*]

Action by the Guardian Trust Company of New York against Rose W. Straus. Motion to be made party plaintiff denied, but petitioner made party defendant.

Steele, Otis & Hall, for plaintiff.

Ellison, MacIntyre & Davis, for defendant.

TRUAX, J. I do not understand this motion. There cannot be two plaintiffs to an action, each appearing by a different attorney, and each setting up separate claims; but, under the prayer for other and further relief, the moving party may be made the party defendant, and the summons and complaint may be amended in that respect. If the moving party has a claim against one of the defendants, it may set up that claim in its answer in the method provided by the Code.

Ordered accordingly.